**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**NORTHERN DIVISION**

| | |
|---|---|
| JEFFREY PAUL BRYANT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:25-CV-00033 JMB |
| | ) |
| RUSTY RATLIFF, et al., | ) |
| | ) |
| Defendants. | ) |

**OPINION, MEMORANDUM AND ORDER**

Before the Court is plaintiff's post-dismissal motion for appointment of counsel, as well as his request for summons. [ECF Nos. 7 and 9]. Because this action was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) on August 12, 2025, the Court will deny, as moot, plaintiff's motion for appointment of counsel. Plaintiff's request for summons will also be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for appointment of counsel [ECF No. 7] is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that plaintiff's request for summons [ECF No. 9] is **DENIED AS MOOT.**

**IT IS FURTHER ORDERED** that an appeal from this Order would not be taken in good faith.

Dated this 9th day of September, 2025.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE